FILED
MAY 16 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAY 15 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JANA I. LUBERT, SB# 136608
2    E-Mail: lubert@lbbslaw.com
   DOUGLAS R. IRVINE, SB# 119863
3    E-Mail: irvine@lbbslaw.com
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for Defendant, NATIONAL UNION FIRE
   INSURANCE COMPANY OF PITTSBURGH, Pa.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        (San Francisco Division)

11

12  OAKLAND-ALAMEDA COUNTY           ) CASE NO. C 06-02328 MHP
    COLISEUM, INC.,                   )
13                                    ) [PROPOSED] ORDER AND
              Plaintiff,              ) STIPULATION TO EXTEND TIME
14                                    ) TO RESPOND TO COMPLAINT
         v.                           ) FOR DEFENDANTS NATIONAL
15                                    ) UNION, LLOYDS, GULF, ZURICH,
                                      ) ADMIRAL, EXECUTIVE,
16  NATIONAL UNION FIRE               ) CONTINENTAL CASUALTY AND
    INSURANCE COMPANY OF              ) FEDERAL
17  PITTSBURGH, PA.;                  )
    UNDERWRITERS, LLOYDS OF           )
18  LONDON; EXECUTIVE RISK            )
    INDEMNITY COMPANY; GULF           )
19  INSURANCE; ZURICH AMERICAN        ) Case Management Conf.: 7/3/06
    INSURANCE COMPANY formerly        )
20  known as ZURICH INSURANCE         )
    COMPANY; ADMIRAL INSURANCE;       )
21  RLI INSURANCE COMPANY;            )
    CONTINENTAL CASUALTY              )
22  COMPANY; FEDERAL INSURANCE        )
    COMPANY, et al.,                  )
23                                    )
              Defendants.             )
24  _____)

25

26         WHEREAS, on September 23, 2005, Plaintiff OAKLAND-ALAMEDA

27  COUNTY COLISEUM, INC. ("OACC") filed its Complaint in the Alameda County

28  Superior Court, case number RG 05 233923; and

4811-9729-2544.1                      -1-
[PROPOSED] ORDER AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  WHEREAS, OACC and various of the defendants are engaged in ongoing
2  settlement discussions, while the defendants continue to reserve all of their rights and
3  defenses; and
4  WHEREAS, on March 31, 2006, Defendant RLI INSURANCE COMPANY
5  ("RLI") filed a Notice of Removal to this court of the complaint filed by OACC; and
6  WHEREAS, on April 5, 2006, RLI filed an answer to the complaint; and
7  WHEREAS, on April 6, 2006, OACC issued requests for waiver of service of
8  summons and complaint to the remaining defendants; and
9  WHEREAS, the remaining defendants all executed waivers of service forms,
10 which provide that the response date for the remaining defendants is June 5, 2006;
11 and
12 WHEREAS, on April 27, 2006, OACC filed a motion to remand, which is set
13 for hearing on June 5, 2006; and
14 WHEREAS, plaintiff OACC and defendants NATIONAL UNION FIRE
15 INSURANCE COMPANY OF PITTSBURGH, Pa. ("National Union"); THOSE
16 CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND COMPANIES
17 SUBSCRIBING TO POLICY No. 501/ZKA9600477 ("Lloyds"); EXECUTIVE
18 RISK INDEMNITY, INC. ("Executive Risk"); THE TRAVELERS INDEMNITY
19 COMPANY as successor in interest by merger to GULF INSURANCE COMPANY
20 ("Gulf"); ZURICH AMERICAN INSURANCE COMPANY formerly known as
21 ZURICH INSURANCE COMPANY ("Zurich"); ADMIRAL INSURANCE
22 COMPANY ("Admiral"); CONTINENTAL CASUALTY COMPANY
23 ("Continental"); and FEDERAL INSURANCE COMPANY ("Federal") all agree to
24 extend the time in which these defendants must respond to the Complaint by 30 days
25 to and including July 5, 2006 in order to allow time for the Court to resolve OACC's
26 motion to remand, and also to allow additional time for the parties to continue their
27 discussion of the methods and proposals for resolving this dispute;
28 THEREFORE, the parties through their respective attorneys of record, hereby

1  stipulate and agree that Defendants National Union, Lloyds, Executive Risk, Gulf,
2  Zurich, Admiral, Continental and Federal may each have an extension of time to and
3  including July 5, 2006 to respond to the Complaint, without waiving any of their
4  respective rights or defenses.

6  DATED: May 10, 2006        ADELSON, HESS & KELLY
                              RANDY M. HESS.
7                             DUANE W. SHEWAGA

                              By /s/ Randy M. Hess
9                                RANDY M. HESS
                              ATTORNEYS FOR PLAINTIFF, OAKLAND-
10                            ALAMEDA COUNTY COLISEUM, INC.

12 DATED: May 11, 2006        LEWIS BRISBOIS BISGAARD & SMITH LLP
                              JANA I. LUBERT
                              DOUGLAS R. IRVINE
13
14                            By /s/ Douglas R. Irvine
                                 DOUGLAS R. IRVINE
15                            ATTORNEYS FOR DEFENDANT, NATIONAL
                              UNION FIRE INSURANCE COMPANY OF
16                            PITTSBURGH, Pa.

18 DATED: May 8, 2006         WALKER WILCOX MATOUSEK LLP
                              MARK D. WILCOX
19                            DAVID L. KOURY

20                            By /s/ David L. Koury
21                               DAVID L. KOURY
                              ATTORNEYS FOR DEFENDANT,
22                            ~~UNDERWRITERS AT LLOYD'S OF LONDON~~
   *THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND*
23 *COMPANIES SUBSCRIBING TO POLICY NO. '501/ZKA9600477*
   DATED: May ___, 2006        STROOCK & STROOCK & LAVAN LLP
24                            MICHAEL F. PERLIS
                              ALLAN COHEN

26                            By_____
                                 MICHAEL F. PERLIS
27                            ATTORNEYS FOR DEFENDANTS, EXECUTIVE
                              RISK INDEMNITY CO. and FEDERAL
28                            INSURANCE COMPANY

4811-9729-2544.1                    -3-
[PROPOSED] ORDER AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

stipulate and agree that Defendants National Union, Lloyds, Executive Risk, Gulf, Zurich, Admiral, Continental and Federal may each have an extension of time to and including July 5, 2006 to respond to the Complaint, without waiving any of their respective rights or defenses.

DATED: May __, 2006

ADELSON, HESS & KELLY
RANDY M. HESS.
DUANE W. SHEWAGA

By_____
RANDY M. HESS
ATTORNEYS FOR PLAINTIFF, OAKLAND-ALAMEDA COUNTY COLISEUM, INC.

DATED: May __, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP
JANA I. LUBERT
DOUGLAS R. IRVINE

By_____
DOUGLAS R. IRVINE
ATTORNEYS FOR DEFENDANT, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa.

DATED: May __, 2006

WALKER WILCOX MATOUSEK LLP
MARK D. WILCOX
DAVID L. KOURY

By_____
DAVID L. KOURY
ATTORNEYS FOR DEFENDANT, UNDERWRITERS, LLOYD'S OF LONDON

DATED: May __, 2006

STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS
ALLAN COHEN

By_____
MICHAEL F. PERLIS
ATTORNEYS FOR DEFENDANTS, EXECUTIVE RISK INDEMNITY CO. and FEDERAL INSURANCE COMPANY

```
 1
 2   DATED: May 5, 2006            ANDERSON McPHARLIN & CONNERS LLP
                                   DAVID J. BILLINGS
 3                                 DAVID T. DIBIASE

 4
                                   By  /s/ David J. Billings
 5                                     DAVID J. BILLINGS
                                   ATTORNEYS FOR DEFENDANT, THE
 6                                 TRAVELERS INDEMNITY COMPANY as
                                   successor in interest by merger to GULF
 7                                 INSURANCE COMPANY

 8
     DATED: May __, 2006           KUTAK ROCK LLP
 9                                 PAUL F. DONSBACH, ESQ.

10
                                   By_____
11                                     PAUL F. DONSBACH
                                   ATTORNEYS FOR DEFENDANT, ZURICH
12                                 AMERICAN INSURANCE COMPANY

13
     DATED: May __, 2006           DUANE MORRIS LLP
14                                 JOANNE J. MATOUSEK
                                   DIRK E. EHLERS
15

16
                                   By_____
17                                     JOANNE J. MATOUSEK
                                   ATTORNEYS FOR DEFENDANT, ADMIRAL
18                                 INSURANCE COMPANY

19
     DATED: May __, 2006           SELMAN BREITMAN LLP
20                                 LINDA WENDELL HSU, ESQ.

21
                                   By_____
22                                     LINDA WENDELL HSU
                                   ATTORNEYS FOR DEFENDANT
23                                 CONTINENTAL CASUALTY COMPANY

24
25
26
27
28
     4811-9729-2544.1                      -4-
     [PROPOSED] ORDER AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
```

UNDERWRITERS, LLOYD'S OF LONDON

DATED: May __, 2006   STROOCK & STROOCK & LAVAN LLP
  MICHAEL F. PERLIS
  ALLAN COHEN

  By_____
  MICHAEL F. PERLIS
  ATTORNEYS FOR DEFENDANTS, EXECUTIVE
  RISK INDEMNITY CO. and FEDERAL
  INSURANCE COMPANY

DATED: May __, 2006   ANDERSON McPHARLIN & CONNERS LLP
  DAVID J. BILLINGS
  DAVID T. DIBIASE

  By_____
  DAVID J. BILLINGS
  ATTORNEYS FOR DEFENDANT, GULF
  INSURANCE COMPANY

DATED: May 5, 2006   KUTAK ROCK LLP
  PAUL F. DONSBACH, ESQ.
  SYBIL L. RENICK, ESQ.

  By_____
  SYBIL L. RENICK
  ATTORNEYS FOR DEFENDANT, ZURICH
  AMERICAN INSURANCE COMPANY

DATED: May __, 2006   DUANE MORRIS LLP
  JOANNE J. MATOUSEK
  DIRK E. EHLERS

  By_____
  JOANNE J. MATOUSEK
  ATTORNEYS FOR DEFENDANT, ADMIRAL
  INSURANCE COMPANY

DATED: May __, 2006   SELMAN BREITMAN LLP
  LINDA WENDELL HSU, ESQ.

| | | |
|---|---|---|
| 1 | DATED: May 5, 2006 | ANDERSON McPHARLIN & CONNERS LLP<br>DAVID J. BILLINGS<br>DAVID T. DIBIASE |
| 2 | | |
| 3 | | |
| 4 | | By *[signature]* |
| 5 | | DAVID J. BILLINGS<br>ATTORNEYS FOR DEFENDANT, THE |
| 6 | | TRAVELERS INDEMNITY COMPANY as |
| 7 | | successor in interest by merger to GULF<br>INSURANCE COMPANY |
| 8 | DATED: May __, 2006 | KUTAK ROCK LLP |
| 9 | | PAUL F. DONSBACH, ESQ. |
| 10 | | |
| 11 | | By_____<br>PAUL F. DONSBACH |
| 12 | | ATTORNEYS FOR DEFENDANT, ZURICH<br>AMERICAN INSURANCE COMPANY |
| 13 | DATED: May 9, 2006 | DUANE MORRIS LLP |
| 14 | | JOANNE J. MATOUSEK<br>DIRK E. EHLERS |
| 15 | | |
| 16 | | |
| 17 | | By *[signature]*<br>JOANNE J. MATOUSEK |
| 18 | | ATTORNEYS FOR DEFENDANT, ADMIRAL<br>INSURANCE COMPANY |
| 19 | DATED: May __, 2006 | SELMAN BREITMAN LLP |
| 20 | | LINDA WENDELL HSU, ESQ. |
| 21 | | |
| 22 | | By_____<br>LINDA WENDELL HSU |
| 23 | | ATTORNEYS FOR DEFENDANT<br>CONTINENTAL CASUALTY COMPANY |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

4811-9729-2544.1

-4-

[PROPOSED] ORDER AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

```
1   DATED: May __, 2006        ANDERSON McPHARLIN & CONNERS LLP
2                              DAVID J. BILLINGS
                               DAVID T. DIBIASE
3
4
                               By_____
5                                    DAVID J. BILLINGS
                               ATTORNEYS FOR DEFENDANT, GULF
6                              INSURANCE COMPANY
7
    DATED: May __, 2006        KUTAK ROCK LLP
8                              PAUL F. DONSBACH, ESQ.
9
                               By_____
10                                   PAUL F. DONSBACH
                               ATTORNEYS FOR DEFENDANT, ZURICH
11                             AMERICAN INSURANCE COMPANY
12
    DATED: May __, 2006        DUANE MORRIS LLP
13                             JOANNE J. MATOUSEK
                               DIRK E. EHLERS
14
15
                               By_____
16                                   JOANNE J. MATOUSEK
                               ATTORNEYS FOR DEFENDANT, ADMIRAL
17                             INSURANCE COMPANY
18
    DATED: May 1, 2006         SELMAN BREITMAN LLP
19                             LINDA WENDELL HSU, ESQ.
20
                               By_____
21                                   LINDA WENDELL HSU
                               ATTORNEYS FOR DEFENDANT
22                             CONTINENTAL CASUALTY COMPANY
```

## ORDER

_____IT IS HEREBY ORDERED, based upon the forgoing stipulation of the parties, and good cause appearing therefore, that Defendants National Union, Lloyds, Executive Risk, Gulf, Zurich, Admiral, Continental and Federal shall each have an extension of time to respond to Plaintiff's Complaint, without waiving any rights or defenses, to and including July 5, 2006.

Dated: __5/16__, 2006

United States District Judge