1  DAVID T. DIBIASE (Bar No. 56883)
    dtd@amclaw.com
2  DAVID J. BILLINGS (Bar No. 175383)
    djb@amclaw.com
3  ANDERSON, McPHARLIN & CONNERS LLP
   Thirty-First Floor
4  444 South Flower Street
   Los Angeles, California 90071-2901
5  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

6  Attorneys for Defendant THE TRAVELERS INDEMNITY COMPANY as
   successor in interest by merger to GULF INSURANCE COMPANY
7  (sued as GULF INSURANCE)

8

9                    UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

| 12 | OAKLAND-ALAMEDA COLISEUM, INC., | Case No. C06-02328 MHP-ARB |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION TO CONTINUE AND ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND [PROPOSED] ORDER THEREON** |
| 14 | vs. | |
| 15 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, UNDERWRITERS, LLOYD'S OF LONDON, EXECUTIVE RISK INDEMNITY COMPANY, GULF INSURANCE, ZURICH AMERICAN INSURANCE COMPANY, formerly known as ZURICH AMERICAN INSURANCE COMPANY, ADMIRAL INSURANCE, RLI INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY FEDERAL INSURANCE COMPANY and DOES 1 through 50, inclusive, | Current CMC: July 3, 2006<br>Time: 4:00 PM<br>Crtrm.: 15<br><br>[Proposed] CMC: July 5, 2006<br>Time: 2:00 PM<br>Crtrm: 15 |
| 22 | Defendants. | |

25  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

26      **THIS STIPULATION** is entered into by and between defendant THE TRAVELERS

27  INDEMNITY COMPANY as successor in interest by merger to GULF INSURANCE

28  COMPANY, erroneously named as defendant GULF INSURANCE (hereinafter "Gulf") through

1  its counsel of record, David J. Billings, Esq., defendant National Union Fire Insurance Company
2  of Pittsburgh, Pa. ("National Union") through its counsel of record, Douglas R. Irvine, Esq.,
3  defendant Those Certain Underwriters at Lloyd's London and Companies Subscribing to Policy
4  No. 501/2KA9600477 ("Lloyds") through its counsel of record, David L. Koury, Esq. and W.
5  Eric Blumhardt, Esq., defendants Executive Risk Indemnity Company ("Executive Risk") and
6  Federal Insurance Company ("Federal") through their counsel of record, Michael F. Perlis, Esq.,
7  defendant Admiral Insurance Company ("Admiral") through its counsel of record, Joanne J.
8  Matousek, Esq., defendant Zurich American Insurance Company ("Zurich") through its counsel
9  of record, Paul F. Donsbauch, Esq., defendant RLI Insurance Company ("RLI") through its
10 counsel of record, Michael D. Prough, Esq., and defendant Continental Casualty Company
11 ("CNA") through its counsel of record, Linda Wendell Hsu, Esq. as follows:

**WHEREAS,** the Case Management Conference in this matter is scheduled for July 3, 2006, at 4:00 p.m.

**WHEREAS,** counsel for Gulf is located in Los Angeles, California.

**WHEREAS,** counsel for National Union, is located in Los Angeles, California.

**WHEREAS.** counsel for Lloyds, is located in Chicago, Illinois and in Walnut Creek, California.

**WHEREAS,** counsel for Executive Risk and Federal is located in Los Angeles, California.

**WHEREAS,** counsel for Admiral is located in Chicago, Illinois.

**WHEREAS,** counsel for Zurich is located in Irvine, California.

**WHEREAS,** counsel for RLI is located in Walnut Creek, California.

**WHEREAS,** counsel for CNA is located in San Francisco, California.

**WHEREAS,** counsel for plaintiff, Randy M. Hess, Esq., has indicated that although he is not opposed to counsel appearing telephonically for the Case Management Conference, he wants to wait until the Court rules on the Joint Application of plaintiff and defendant National Union to continue the Case Management Conference that was filed with the Court on June 22, 2006, before entering into a stipulation for telephonic appearances.

1  **WHEREAS**, on June 23, 2006, Executive Risk, Federal and Admiral filed an opposition to
2  the Joint Application of plaintiff and defendant National Union to continue the Case Management
3  Conference.

4  **WHEREAS**, as of the date of the stipulation, the Court has not issued a ruling on the Joint
5  Application of plaintiff and defendant National Union to continue the Case Management
6  Conference that was opposed by Executive Risk, Federal and Admiral.

7  **WHEREAS**, the parties to this stipulation have agreed to telephonic appearances for the
8  Case Management Conference for hearing on **July 5, 2006, at 2:00 PM**.

9  **WHEREAS**, the parties to this stipulation respectfully request that the Court continue the
10 Case Management Conference from July 3, 2006, to July 5, 2006 at 2:00 PM for telephonic
11 appearances by counsel for plaintiff and defendants Gulf, National Union, LLoyds, Executive
12 Risk, Federal, Admiral, Zurich, RLI and CNA.

13 It is further stipulated and agreed that this Stipulation may be executed in counterparts and
14 that a copy, including a copy of a facsimile transmission of an executed counterpart of this
15 Stipulation, may be filed with this Court and will be deemed an original.

17 Dated: June 27, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP
Douglas R. Irvine
Jana I Lubert

By: _____
DOUGLAS R. IRVINE, ESQ.
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012-2601
Ph: 213-250-1800
Fax: 213-250-7900
Attorneys for Defendant National Union Fire Insurance
Company of Pittsburgh, Pa.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

| | |
|---|---|
| Dated: June 27, 2006 | WALKER WILCOX MATOUSEK LLP<br>Mark D. Wilcox<br>David L. Koury<br><br>By: _____<br>DAVID L. KOURY, ESQ.<br>Walker Wilcox Matousek LLP<br>225 W. Washington St., Suite 2400<br>Chicago, IL 60606-3418<br>Ph: 312-244-6707<br>Fx: 312-244-6800<br>Attorneys for Defendant<br>Those Certain Underwriters at Lloyd's,<br>London and Companies Subscribing to<br>Policy No. 501/ZKA9600477 |
| Dated: June ___, 2006 | ARCHER NORRIS<br>W. Eric Blumhardt<br><br>By: _____<br>W. ERIC BLUMHARDT, ESQ.<br>Archer Norris<br>2033 North Main St., Suite 800<br>P.O. Box 8035<br>Walnut Creek, CA 94596<br>Ph: 925-930-6600<br>Fax: 925-930-6620<br>Attorneys for Defendant<br>Those Certain Underwriters at Lloyd's,<br>London and Companies Subscribing to<br>Policy No. 501/2KA9600477 |
| Dated: June ___, 2006 | STROOCK & STROOCK & LAVAN LLP<br>Michael F. Perlis<br>Allan Cohen<br>Cary Joy Economou<br><br>By: _____<br>MICHAEL F. PERLIS, ESQ.<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Ph: 310-556-5821<br>Fax: 310-556-5959<br>Attorneys for Defendant<br>Executive Risk Indemnity Co.<br>and Federal Insurance Company |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

595513.1 5592.089

David L. Koury

By: _____
DAVID L. KOURY, ESQ.
Walker Wilcox Matousek LLP
225 W. Washington St., Suite 2400
Chicago, IL 60606-3418
Ph: 312-244-6707
Fx: 312-244-6800
Attorneys for Defendant
Those Certain Underwriters at Lloyd's,
London and Companies Subscribing to
Policy No. 501/2KA9600477

Dated: June 27, 2006

ARCHER NORRIS
W. Eric Blumhardt

By: _____
W. ERIC BLUMHARDT, ESQ.
Archer Norris
2033 North Main St., Suite 800
P.O. Box 8035
Walnut Creek, CA 94596
Ph:     925-930-6600
Fax:   925-930-6620
Attorneys for Defendant
Those Certain Underwriters at Lloyd's,
London and Companies Subscribing to
Policy No. 501/2KA9600477

Dated: June ___, 2006

STROOCK & STROOCK & LAVAN LLP
Michael F. Perlis
Allan Cohen
Cary Joy Economou


By: _____
MICHAEL F. PERLIS, ESQ.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086
Ph: 310-556-5821
Fax: 310-556-5959
Attorneys for Defendant
Executive Risk Indemnity Co.
and Federal Insurance Company

Dated: June ___, 2006

ANDERSON, MCPHARLIN & CONNERS LLP
David J. Billings

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

| | | |
|---|---|---|
| 1 | Dated: June ___, 2006 | WALKER WILCOX MATOUSEK LLP |
| 2 | | Mark D. Wilcox |
| | | David L. Koury |
| 3 | | |
| 4 | | By: _____ |
| | | DAVID L. KOURY, ESQ. |
| 5 | | Walker Wilcox Matousek LLP |
| | | 225 W. Washington St., Suite 2400 |
| 6 | | Chicago, IL 60606-3418 |
| | | Ph: 312-244-6707 |
| 7 | | Fx: 312-244-6800 |
| | | Attorneys for Defendant |
| 8 | | Those Certain Underwriters at Lloyd's, |
| | | London and Companies Subscribing to |
| 9 | | Policy No. 501/2KA9600477 |
| 10 | | |
| 11 | Dated: June ___, 2006 | ARCHER NORRIS |
| | | W. Eric Blumhardt |
| 12 | | |
| 13 | | By: _____ |
| 14 | | W. ERIC BLUMHARDT, ESQ. |
| | | Archer Norris |
| 15 | | 2033 North Main St., Suite 800 |
| | | P.O. Box 8035 |
| 16 | | Walnut Creek, CA 94596 |
| | | Ph:     925-930-6600 |
| 17 | | Fax:    925-930-6620 |
| | | Attorneys for Defendant |
| 18 | | Those Certain Underwriters at Lloyd's, |
| | | London and Companies Subscribing to |
| 19 | | Policy No. 501/2KA9600477 |
| 20 | Dated: June 21, 2006 | STROOCK & STROOCK & LAVAN LLP |
| 21 | | Michael F. Perlis |
| | | Allan Cohen |
| 22 | | Cary Joy Economou |
| 23 | | |
| 24 | | By: _/s/_____ |
| | | MICHAEL F. PERLIS, ESQ. |
| 25 | | Stroock & Stroock & Lavan LLP |
| | | 2029 Century Park East |
| 26 | | Los Angeles, CA 90067-3086 |
| | | Ph: 310-556-5821 |
| 27 | | Fax: 310-556-5959 |
| | | Attorneys for Defendant |
| 28 | | Executive Risk Indemnity Co. |
| | | and Federal Insurance Company |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

| | |
|---|---|
| Dated: June 27, 2006 | ANDERSON, MCPHARLIN & CONNERS LLP<br>David J. Billings<br>David T. DiBiase<br><br>By: _____<br>DAVID J. BILLINGS, ESQ.<br>Anderson, McPharlin & Conners LLP<br>444 S. Flower Street, 31st Fl.<br>Los Angeles, CA 90071-2901<br>Ph: (213) 688-0080<br>Fax: (213) 622-7594<br>Attorney for Defendant The Travelers Indemnity Company as successor in interest by merger to Gulf Insurance Company |
| Dated: June 27, 2006 | KUTAK ROCK LLP<br>Paul F. Donsbach<br>Patrick W. Kennison<br>Sybil Renick<br><br>By: _____<br>PAUL F. DONSBACH, ESQ. SYBIL L. RENICK<br>Kutak Rock LLP<br>18201 Von Karman Ave., Suite 1100<br>Irvine, CA 92612-1077<br>Ph:   949-417-0999<br>Fax:   949-417-5394<br>Attorneys for Defendant Zurich American Insurance Company |
| Dated: June ___, 2006 | DUANE MORRIS LLP<br>Joanne J. Matousek<br>Dirk E. Ehlers<br><br>By: _____<br>JOANNE J. MATOUSEK, ESQ.<br>Duane Morris LLP<br>227 W. Monroe Street, Suite 3400<br>Chicago, IL 60606-5098<br>Ph:   (312) 499-0126<br>Fax:   (312) 499-6701<br>Attorneys for Defendant Admiral Insurance Company |

| | |
|---|---|
| Dated: June ___, 2006 | ANDERSON, MCPHARLIN & CONNERS LLP<br>David J. Billings<br>David T. DiBiase<br><br>By: _____<br>DAVID J. BILLINGS, ESQ.<br>Anderson, McPharlin & Conners LLP<br>444 S. Flower Street, 31st Fl.<br>Los Angeles, CA 90071-2901<br>Ph: (213) 688-0080<br>Fax: (213) 622-7594<br>Attorney for Defendant The Travelers Indemnity Company as successor in interest by merger to Gulf Insurance Company |
| Dated: June ___, 2006 | KUTAK ROCK LLP<br>Paul F. Donsbach<br>Patrick W. Kennison<br>Sybil Renick<br><br>By: _____<br>PAUL F. DONSBACH, ESQ<br>Kutak Rock LLP<br>18201 Von Karman Ave., Suite 1100<br>Irvine, CA 92612-1077<br>Ph:   949-417-0999<br>Fax:  949-417-5394<br>Attorneys for Defendant Zurich American Insurance Company |
| Dated: June ___, 2006 | DUANE MORRIS LLP<br>Joanne J. Matousek<br>Dirk E. Ehlers<br><br>By: /s/ Joanne Matousek<br>JOANNE J. MATOUSEK, ESQ.<br>Duane Morris LLP<br>227 W. Monroe Street, Suite 3400<br>Chicago, IL 60606-5098<br>Ph:   (312) 499-0126<br>Fax:  (312) 499-6701<br>Attorneys for Defendant<br>Admiral Insurance Company |

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL: (213) 688-0080 • FAX (213) 622-7594

595513.1 5592.089

C06-02328 MHP-ARB

1 | Dated: June ___, 2006
2 |
3 |
4 | MORISON-KNOX HOLDEN & PROUGH, LLP
    Michael D. Prough
    Peter E. Laurie

    By: _____
         /s/ MICHAEL D. PROUGH, ESQ.
    Morison-Knox Holden & Prough, LLP
    500 Ygnacio Valley Road, Suite 415
    Walnut Creek, CA 94596
    Ph:  925-937-9990
    Fax: 925-937-3272
    Attorneys for Defendant RLI Insurance Company

Dated: June ___, 2006

SELMAN BREITMAN LLP
Linda Wendell Hsu
James Tenero


By: _____
     LINDA WENDELL HSU, ESQ.
Selman Breitman LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Ph:  415-979-0400
Fax: 415-979-2099
Attorneys for Defendant
Continental Casualty Company

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

| | | |
|---|---|---|
| 1 | Dated: June ___, 2006 | MORISON-KNOX HOLDEN & PROUGH, LLP<br>Michael D. Prough<br>Peter E. Laurie |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>MICHAEL D. PROUGH, ESQ. |
| 5 | | Morison-Knox Holden & Prough, LLP<br>500 Ygnacio Valley Road, Suite 415 |
| 6 | | Walnut Creek, CA 94596<br>Ph:   925-937-9990 |
| 7 | | Fax:  925-937-3272<br>Attorneys for Defendant RLI Insurance Company |
| 8 | | |
| 9 | Dated: June 27, 2006 | SELMAN BREITMAN LLP |
| 10 | | Linda Wendell Hsu<br>James Tenero |
| 11 | | |
| 12 | | |
| 13 | | By: _____<br>LINDA WENDELL HSU, ESQ. |
| 14 | | Selman Breitman LLP<br>33 New Montgomery, Sixth Floor |
| 15 | | San Francisco, CA 94105-4537<br>Ph:   415-979-0400 |
| 16 | | Fax:  415-979-2099<br>Attorneys for Defendant<br>Continental Casualty Company |

595513.1 5592.089

6   C06-02328 MHP-ARB
STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

**[PROPOSED ORDER]**

Pursuant to the above stipulation, the Court enters the following Order:

**IT IS HEREBY ORDER** that the Case Management Conference previously scheduled for July 3, 2006, at 4:00 PM is continued to **July 5, 2006 at 2:00 PM** and counsel for plaintiff and defendants The Travelers Indemnity Company as successor in interest by merger to Gulf Insurance Company, erroneously named as defendant Gulf Insurance, National Union Fire Insurance Company of Pittsburgh, Pa. Those Certain Underwriters at Lloyd's London and Companies Subscribing to Policy No. 501/2KA9600477, Executive Risk Indemnity Company, Federal Insurance Company, Admiral Insurance Company, Zurich American Insurance Company, RLI Insurance Company and Continental Casualty Company shall be permitted to appear telephonically for the Case Management Conference on July 5, 2006, at 2:00 PM.

DATED: June 28, 2006



Hon. Judge Marilyn H. Patel
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Marilyn H. Patel