1  ADLESON, HESS & KELLY
   A Professional Corporation
2  Randy M. Hess, Esq. (CSB# 88635)
   Duane W. Shewaga, Esq., (CSB# 116837)
3  577 Salmar Avenue, Second Floor
   Campbell, California 95008
4  Telephone: (408) 341-0234
   Facsimile: (408) 341-0250
5
   Attorneys for Plaintiff,
6  Oakland-Alameda County Coliseum, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  (San Francisco Division)

11

12 | OAKLAND-ALAMEDA COUNTY COLISEUM, )   Case No. C 06-02328 MHP
   | INC.,                            )
13 |                                  )   STIPULATION AND ~~PROPOSED~~
   |          Plaintiff,              )   ORDER RE DISMISSAL OF FEDERAL
14 |                                  )   INSURANCE COMPANY WITHOUT
   |     v.                           )   PREJUDICE
15 |                                  )
   | NATIONAL UNION FIRE INSURANCE    )
16 | COMPANY OF PITTSBURGH, PA, et al.,)
   |                                  )
17 |          Defendants.             )
   |_____)
18 |                                  )
   | AND RELATED COUNTERCLAIMS.       )
19 |_____)

20

21

22       It is hereby stipulated by and between counsel for Plaintiff Oakland-Alameda County
23 Coliseum, Inc. ("Plaintiff") and counsel for Defendant Federal Insurance Company
24 ("Defendant") as follows:

25

26

27

28 / / /

1  Pursuant to the terms of a tolling agreement between the parties, Plaintiff and
2  Defendant stipulate and agree to voluntarily dismiss Defendant from the above-entitled action
3  without prejudice; each party to bear their own fees and costs.

ADLESON, HESS & KELLY, APC

Dated: July 28, 2006         By: _____
                                 RANDY M. HESS, ESQ.
                                 Attorneys for Plaintiff, Oakland-
                                 Alameda County Coliseum, Inc.

STROOCK & STROOCK & LAVAN LLP

Dated: 7-28, 2006            By: _____
                                 ALLAN S. COHEN, ESQ.
                                 Attorneys for Defendant
                                 Federal Insurance Company

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

Federal Insurance Company be and hereby is dismissed from the above-entitled action without prejudice, and that each party to bear their own fees and costs.

Dated: July 31, 2006         _____
                             Hon. Marilyn H. Patel
                             Judge of the United States District Court
                             Northern District of California

IT IS SO ORDERED
Judge Marilyn H. Patel