UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND-ALAMEDA COUNTY COLISEUM, INC.,

    Plaintiff,

    v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, UNDERWRITERS, LLOYD'S OF LONDON, EXECUTIVE RISK INDEMNITY COMPANY, GULF INSURANCE, ZURICH AMERICAN INSURANCE COMPANY, formerly known as ZURICH INSURANCE COMPANY, ADMIRAL INSURANCE, RLI INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, FEDERAL INSURANCE COMPANY and DOES 1 through 50, inclusive,

    Defendants.

No. C 06-2328 MHP

**<u>ORDER</u>**

    Defendants have moved for summary judgment that Oakland-Alameda County Coliseum, Inc. ("OACC") is not entitled to coverage for the lawsuit involving OACC and the Raiders football team in the California Superior Court for Sacramento County. In the California lawsuit, the jury awarded the Raiders $34,303,135 on their negligent misrepresentation claim. After oral argument on defendants' motion for summary judgment in this action, the California Court of Appeal vacated the jury verdict and ordered that judgment be entered in favor of OACC. <u>Oakland Raiders v. Oakland-Alameda County Coliseum, Inc.</u>, No. C045792, 2006 WL 3334402 (Cal. Ct. App. Nov. 17, 2006). The parties are ordered to advise this court as to whether, in light of the California Court of Appeal decision, any new issues exist that should be considered regarding defendants' motion for

1  summary judgment that have not previously been briefed by the parties.  The parties shall submit
2  their briefs, if any, within 30 days of this order.
3
4        IT IS SO ORDERED.
5
6
7  Dated:    Dec. 27, 2006

_____
MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

**ENDNOTES**