STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS (State Bar No. 095992)
ALLAN S. COHEN (State Bar No. 115532)
CARY JOY ECONOMOU (State Bar No. 211438)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendant
EXECUTIVE RISK INDEMNITY INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OAKLAND-ALAMEDA COUNTY COLISEUM, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,; UNDERWRITERS, LLOYDS OF LONDON; EXECUTIVE RISK INDEMNITY COMPANY; GULF INSURANCE; ZURICH AMERICAN INSURANCE COMPANY formerly known as ZURICH INSURANCE COMPANY; ADMIRAL INSURANCE; RLI INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; FEDERAL INSURANCE COMPANY, et al.,<br><br>Defendants. | **Case No. C06-02328 MHP**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE CERTAIN DEFENDANTS' MOTION TO STAY ACTION**<br><br>**Current Date:**<br>**Date: March 5, 2007**<br>**Time: 3:00 P.M.**<br>**Dept: Crtrm. 15**<br><br>**Requested Date:**<br>**Date: March 26, 2007**<br>**Time: 2:00 P.M.**<br>**Dept: Crtrm. 15** |

Case 3:06-cv-02328-MHP Document 193 Filed 02/12/2007 Page 2 of 13

WHEREAS Certain Defendants' Motion to Stay Action is set for hearing on March 5, 2007 at 3:00 P.M.;

WHEREAS counsel for Defendant Executive Risk Indemnity Inc. ("ERII") will be out of the country on that date;

WHEREAS the parties in this matter have agreed to continue the hearing until March 26, 2007 at 2:00 P.M.;

WHEREAS the Courtroom Deputy has indicated that such date is available for hearing of the motion;

WHEREAS the Declaration of Michael F. Perlis, Esq., which is required pursuant to Local Rule 6-2(a) is attached hereto as Exhibit A.

IT IS NOW STIPULATED BY AND BETWEEN THE UNDERSIGNED through their respective counsel of record that the hearing on Certain Defendants' Motion to Stay Action be continued to March 26, 2007 at 2:00 P.M.

Dated: February 9, 2007

STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS

By: [signature]
MICHAEL F. PERLIS

Attorneys for Defendant
EXECUTIVE RISK INDEMNITY INC.

Dated: February ___, 2007

WALKER WILCOX MATOUSEK LLP
MARK D. WILCOX
DAVID L. KOURY

By: ______________________
DAVID L. KOURY
Attorneys for Defendant
THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND COMPANIES SUBSCRIBING TO POLICY NO.501/ZKA9600477

WHEREAS Certain Defendants' Motion to Stay Action is set for hearing on March 5, 2007 at 3:00 P.M.;

WHEREAS counsel for Defendant Executive Risk Indemnity Inc. ("ERII") will be out of the country on that date;

WHEREAS the parties in this matter have agreed to continue the hearing until March 26, 2007 at 2:00 P.M.;

WHEREAS the Courtroom Deputy has indicated that such date is available for hearing of the motion;

WHEREAS the Declaration of Michael F. Perlis, Esq., which is required pursuant to Local Rule 6-2(a) is attached hereto as Exhibit A.

IT IS NOW STIPULATED BY AND BETWEEN THE UNDERSIGNED through their respective counsel of record that the hearing on Certain Defendants' Motion to Stay Action be continued to March 26, 2007 at 2:00 P.M.

Dated: February ___, 2007

STROOCK & STROOCK & LAVAN LLP
MICHAEL F. PERLIS

By: ______________________

MICHAEL F. PERLIS

Attorneys for Defendant
EXECUTIVE RISK INDEMNITY INC.

Dated: February 12, 2007

WALKER WILCOX MATOUSEK LLP
MARK D. WILCOX
DAVID L. KOURY

By: [signature]

DAVID L. KOURY

Attorneys for Defendant
THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND COMPANIES SUBSCRIBING TO POLICY NO.501/ZKA9600477

Dated: February 9, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP
DOUGLAS R. IRVINE
JANA I. LUBERT

By: [signature]
Douglas R. Irvine
Jana I. Lubert
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Dated: February ___, 2007

ANDERSON, MCPHARLIN & CONNERS LLP
DAVID T. DIBIASE
DAVID J. BILLINGS

By: ______________________
David T. Dibiase
David J. Billings
Attorneys for Defendant
THE TRAVELERS INDEMNITY COMPANY AS SUCCESSOR IN INTEREST BY MERGER TO GULF INSURANCE COMPANY

Dated: February ___, 2007

KUTAK ROCK LLP
PAUL F. DONSBACH
SYBIL L. RENICK

By: ______________________
Paul F. Donsbach
Sybil L. Renick
Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

C:\Documents and Settings\irvine\Local Settings\Temp\XPGRPWISE\OACC Stip. to Continue Hearing Date(v1).DOC (v1).DOC50350265v1 - 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CERTAIN DEFENDANTS MOTION TO STAY ACTION

Dated: February ___, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP
DOUGLAS R. IRVINE
JANA I. LUBERT

By: ______________________________
Douglas R. Irvine
Jana I. Lubert
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Dated: February 9, 2007

ANDERSON, MCPHARLIN & CONNERS LLP
DAVID T. DIBIASE
DAVID J. BILLINGS

By: ______________________________
David T. Dibiase
David J. Billings
Attorneys for Defendant
THE TRAVELERS INDEMNITY COMPANY AS SUCCESSOR IN INTEREST BY MERGER TO GULF INSURANCE COMPANY

Dated: February ___, 2007

KUTAK ROCK LLP
PAUL F. DONSBACH
SYBIL L. RENICK

By: ______________________________
Paul F. Donsbach
Sybil L. Renick
Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

50350265v1

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CERTAIN DEFENDANTS MOTION TO STAY ACTION

Dated: February ___, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP
DOUGLAS R. IRVINE
JANA I. LUBERT

By: ______________________________
Douglas R. Irvine
Jana I. Lubert
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Dated: February ___, 2007

ANDERSON, MCPHARLIN & CONNERS LLP
DAVID T. DIBIASE
DAVID J. BILLINGS

By: ______________________________
David T. Dibiase
David J. Billings
Attorneys for Defendant
THE TRAVELERS INDEMNITY COMPANY AS SUCCESSOR IN INTEREST BY MERGER TO GULF INSURANCE COMPANY

Dated: February 9, 2007

KUTAK ROCK LLP
PAUL F. DONSBACH
SYBIL L. RENICK

By: Sybil L. Renick
Paul F. Donsbach
Sybil L. Renick
Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

Dated: February 13, 2007

MORISON-KNOX HOLDEN & PROUGH LLP
MICHAEL D. PROUGH
PETER E. LAURIE

By: [signature]
Michael D. Prough
~~Peter E. Laurie~~
Attorneys for Defendant
RLI INSURANCE COMPANY

Dated: February ___, 2007

DUANE MORRIS LLP
ANDREW G. WANGER
JOANNE J. MATOUSEK
DIRK E. EHLERS

By: ______________________
Andrew G. Wanger
Dirk E. Ehlers
Attorneys for Defendant
ADMIRAL INSURANCE COMPANY

Dated: February ___, 2007

SELMAN BREITMAN LLP
LINDA W. HSU
JAMES R. TENERO

By: ______________________
Linda W. Hsu
James R. Tenero
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

Dated: February ___, 2007

MORISON-KNOX HOLDEN & PROUGH LLP
MICHAEL D. PROUGH

By: ______________________
Michael D. Prough
Attorneys for Defendant
RLI INSURANCE COMPANY

Dated: February 9, 2007

DUANE MORRIS LLP
ANDREW G. WANGER
JOANNE J. MATOUSEK
DIRK E. EHLERS

By: ______________________
Andrew G. Wanger
Dirk E. Ehlers
Attorneys for Defendant
ADMIRAL INSURANCE COMPANY

Dated: February ___, 2007

SELMAN BREITMAN LLP
LINDA W. HSU
JAMES R. TENERO

By: ______________________
James R. Tenero
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

50350265v1

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CERTAIN DEFENDANTS MOTION TO STAY ACTION

02/09/2007 Case 3:06-cv-02322-MHP Document 193 Filed 02/12/2007 Page 9 of 13 005/008

Dated: February ___, 2007

MORISON-KNOX HOLDEN & PROUGH LLP
MICHAEL D. PROUGH

By: ______________________
Michael D. Prough
Attorneys for Defendant
RLI INSURANCE COMPANY

Dated: February ___, 2007

DUANE MORRIS LLP
ANDREW G. WANGER
JOANNE J. MATOUSEK
DIRK E. EHLERS

By: ______________________
Andrew G. Wanger
Dirk E. Ehlers
Attorneys for Defendant
ADMIRAL INSURANCE COMPANY

Dated: February 9, 2007

SELMAN BREITMAN LLP
LINDA W. HSU
JAMES R. TENERO

By: /s/ James R. Tenero
James R. Tenero
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

50350265v1

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CERTAIN DEFENDANTS MOTION TO STAY ACTION

Dated: February 9, 2007

ADELSON HESS & KELLY
RANDY M. HESS
DUANE W. SHEWAGA

By: ______________________
Randy M. Hess
Duane W. Shewaga
Attorneys for Plaintiff
OAKLAND-ALAMEDA COUNTY COLISEUM, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Marilyn H. Patel

Dated: 2/14/2007

______________________
The Honorable Marilyn H. Patel
District Judge
United State District Court
Northern District of California

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

50350265v1

- 4 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CERTAIN DEFENDANTS MOTION TO STAY ACTION

# Exhibit A

# DECLARATION OF MICHAEL F. PERLIS

I, Michael F. Perlis, declare as follows:

1. I am an attorney at law, and am duly licensed to practice law in the State of California. I am a member of the law firm of Stroock & Stroock & Lavan LLP ("Stroock"), the counsel of record for Defendant Executive Risk Indemnity Inc. ("ERII") in this action. Pursuant to Local Rule 6-2(a), I submit this Declaration. In the capacity of counsel of record for ERII, I am familiar with Stroock's files, records, pleadings and correspondence involving this dispute. Accordingly, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently to the following facts.

2. Certain Defendants' Motion to Stay Action was originally noticed for January 29, 2007 at 2:00 P.M. By Clerk's Notice Rescheduling Hearing dated January 24, 2007, the original hearing date was vacated and reset for March 5, 2007 at 3:00 P.M.

3. I am lead counsel for ERII. On March 5, 2007, I will be out of the country making it impossible for me to attend a hearing on that date.

4. Therefore, the parties have stipulated to continue the hearing on Certain Defendants' Motion to Stay Action to March 26, 2007 at 2:00 P.M.

5. I caused my associate, Cary J. Economou, to contact the Court's Calendaring Clerk regarding the Court's availability. The Courtroom Deputy informed Mrs. Economou that March 26, 2007 was available.

6. Other than extending the hearing date by three (3) weeks, this requested time modification will have no other effect on the schedule of this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration is executed on February 9, 2007, at Los Angeles, California.

Michael F. Perlis

50350265v1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CERTAIN DEFENDANTS'
MOTION TO STAY ACTION