W. Eric Blumhardt, Esq. (Bar No. 109256)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
P.O. Box 8035
Walnut Creek, CA 94596
Telephone:   (925) 930-6600
Facsimile:    (925) 930-6620
rblumhardt@archernorris.com

Attorneys for Defendant, Those Certain Underwriters
at Lloyd's London and Companies Subscribing to Policy No. 501/2KA9600477

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| OAKLAND-ALAMEDA COUNTY COLISEUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNDERWRITERS, LLOYD'S OF LONDON; EXECUTIVE RISK INDEMNITY COMPANY; GULF INSURANCE; ZURICH AMERICAN INSURANCE COMPANY, formerly known as ZURICH AMERICAN INSURANCE COMPANY; ADMIRAL INSURANCE; RLI INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; FEDERAL INSURANCE COMPANY and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: C 06-02328 MHP <br><br> [PROPOSED] ORDER AND STIPULATION TO CONTINUE THE FILING DATES FOR DEFENDANTS' PROPOSED MOTIONS; SUPPORTING DECLARATION |

WHEREAS, plaintiff OAKLAND-ALAMEDA COUNTY COLISEUM, INC. and

defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.;

UNDERWRITERS, LLOYD'S OF LONDON; EXECUTIVE RISK INDEMNITY COMPANY all

agree to extend the time in which proposed motions were ordered to be filed in this Court's status

1

[PROPOSED] ORDER AND STIPULATION TO CONTINUE TO THE FILING DATES FOR DEFENDANTS'
PROPOSED MOTIONS, SUPPORTING DECLARATION

1  conference Order of October 1, 2007, the remaining defendants' proposed motion scheduled is
2  stipulated to be as follows:
3      1st motion re endorsement, originally ordered to be filed by October 22, 2007, to be filed by
4  February 18, 2008, with a hearing on March 24, 2008 at 2:00 pm;
5      2nd grouping of motions regarding 1.) agency and 2.) equitable excusal, originally ordered to
6  be filed by December 3, 2007, to be filed on February 18, 2008, with a hearing on March 24, 2008
7  at 2:00 pm;
8      3rd grouping of motions regarding bad faith claims/damages, originally ordered to be filed
9  by February 18, 2008, to be filed by April 21, 2008, with a hearing May 27, 2008.
10     The parties through theor respective attorneys of record, hereby stipulate and agree to the
11 schedule proposed herein.
12 DATED: Oct. 22, 2007

    Plaintiff, OAKLAND-ALAMEDA COUNTY COLISEUM, INC.

By _____
for Michael J. Bidart, Esq.
Ricardo Echeverria, Esq.
Shernoff Bidart Darras LLP
600 S. Indian Hill Blvd.
Claremont, CA 91711
Tel: 909-621-4935
Fax: 909-625-6915


Richard Friedman, Esq.
William S. Cummings, Esq., *pro hac vice*
Friedman Rubin & White
1126 Highland Avenue
Bremorton, WA 98337
Tel: 360-782-4300
Fax: 360-782-4358


Jeffrey I. Ehrlich, Esq.
The Ehrlich Law Firm
237 W. Fourth Street
Claremont, CA 91711
Tel: 909-625-5565
Fax: 909-625-5477


Randy M. Hess, Esq.
Adleson, Hess & Kelly

2

[PROPOSED] ORDER AND STIPULATION TO CONTINUE TO THE FILING DATES FOR DEFENDANTS' PROPOSED MOTIONS, SUPPORTING DECLARATION

|   |   |   |
|---|---|---|
| 1 |  | 577 Salmar Avenue, 2nd Fl. |
| 2 |  | Campbell, CA 95008<br>Tel: 408-341-0234<br>Fax: 408-341-0250 |
| 3 |  |  |
| 4 | DATED: 10/22/07 | Defendant NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA |
| 5 |  |  |
| 6 |  | By _____<br>Douglas R. Irvine, Esq. |
| 7 |  | Lewis Brisbois Bisgaard & Smith LLP<br>221 No. Figueroa St., Ste. 1200 |
| 8 |  | Los Angeles, CA 90012-2601<br>Tel: 213-250-1800 |
| 9 |  | Fax: 213-250-7900 |
| 10 |  | Defendant, THOSE CERTAIN UNDERWRITERS AT |
| 11 | DATED: | LLOYD'S LONDON AND COMPANIES<br>SUBSCRIBING TO POLICY NO. |
| 12 |  | 501/2KA9600477 |
| 13 |  |  |
| 14 |  | By _____<br>David L. Koury, Esq. |
| 15 |  | Walker Wilcox Matousek LLP<br>225 W. Washington Street, Ste. 2400 |
| 16 |  | Chicago, IL 60606-3418<br>Tel: 312-244-6700 |
| 17 |  | Fax: 312-244-6800 |
| 18 |  | W. Eric Blumhardt, Esq. |
| 19 |  | ARCHER NORRIS<br>A Professional Law Corporation |
| 20 |  | 2033 North Main Street, Suite 800<br>P.O. Box 8035 |
| 21 |  | Walnut Creek, CA 94596<br>Telephone:   (925) 930-6600 |
| 22 |  | Facsimile:    (925) 930-6620 |
| 23 | DATED: | Defendant EXECUTIVE RISK INDEMNITY, INC. |
| 24 |  | By _____ |
| 25 |  | Michael F. Perlis, Esq.<br>Allan S. Cohen, Esq. |
| 26 |  | Stroock & Strook & Lavan LLP<br>2029 Century Park East, Ste. 1800 |
| 27 |  | Los Angeles, CA 90067-3086<br>Tel: 310-556-5800 |
| 28 |  | Fax: 310-556-5959 |

3

[PROPOSED] ORDER AND STIPULATION TO CONTINUE TO THE FILING DATES FOR DEFENDANTS'
PROPOSED MOTIONS, SUPPORTING DECLARATION

```
                                          Randy M. Hess, Esq.
                                          Adleson, Hess & Kelly
                                          577 Salmar Avenue, 2nd Fl.
                                          Campbell, CA 95008
                                          Tel: 408-341-0234
                                          Fax: 408-341-0250


DATED:                                    Defendant NATIONAL UNION FIRE INS. CO. OF
                                          PITTSBURGH, PA


                                          By _____
                                          Douglas R. Irvine, Esq.
                                          Lewis Brisbois Bisgaard & Smith LLP
                                          221 No. Figueroa St., Ste. 1200
                                          Los Angeles, CA 90012-2601
                                          Tel: 213-250-1800
                                          Fax: 213-250-7900


DATED:                                    Defendant, THOSE CERTAIN UNDERWRITERS AT
                                          LLOYD'S LONDON AND COMPANIES
                                          SUBSCRIBING TO POLICY NO.
                                          501/2KA9600477


                                          By _____
                                          David L. Koury, Esq.
                                          Walker Wilcox Matousek LLP
                                          225 W. Washington Street, Ste. 2400
                                          Chicago, IL 60606-3418
                                          Tel: 312-244-6700
                                          Fax: 312-244-6800

                                          [signature]

                                          W. Eric Blumhardt, Esq.
                                          ARCHER NORRIS
                                          A Professional Law Corporation
                                          2033 North Main Street, Suite 800
                                          P.O. Box 8035
                                          Walnut Creek, CA 94596
                                          Telephone:  (925) 930-6600
                                          Facsimile:  (925) 930-6620


DATED:                                    Defendant EXECUTIVE RISK INDEMNITY, INC.

                                          By _____
                                          Michael F. Perlis, Esq.
                                          Allan S. Cohen, Esq.
                                          Stroock & Strook & Lavan LLP
                                          2029 Century Park East, Ste. 1800
                                          Los Angeles, CA 90067-3086
                                          Tel: 310-556-5800
                                          Fax: 310-556-5959
```

3

```
 1                                              577 Salmar Avenue, 2nd Fl.
                                                Campbell, CA 95008
 2                                              Tel: 408-341-0234
                                                Fax: 408-341-0250
 3

 4   DATED:                                     Defendant NATIONAL UNION FIRE INS. CO. OF
                                                PITTSBURGH, PA
 5

 6                                              By _____
                                                Douglas R. Irvine, Esq.
 7                                              Lewis Brisbois Bisgaard & Smith LLP
                                                221 No. Figueroa St., Ste. 1200
 8                                              Los Angeles, CA 90012-2601
                                                Tel: 213-250-1800
 9                                              Fax: 213-250-7900

10
     DATED:                                     Defendant, THOSE CERTAIN UNDERWRITERS AT
11                                              LLOYD'S LONDON AND COMPANIES
                                                SUBSCRIBING TO POLICY NO.
12                                              501/2KA9600477

13
                                                By _____
14                                              David L. Koury, Esq.
                                                Walker Wilcox Matousek LLP
15                                              225 W. Washington Street, Ste. 2400
                                                Chicago, IL 60606-3418
16                                              Tel: 312-244-6700
                                                Fax: 312-244-6800

17

18                                              W. Eric Blumhardt, Esq.
                                                ARCHER NORRIS
19                                              A Professional Law Corporation
                                                2033 North Main Street, Suite 800
20                                              P.O. Box 8035
                                                Walnut Creek, CA 94596
21                                              Telephone:    (925) 930-6600
                                                Facsimile:    (925) 930-6620
22
     DATED:  10-22-07                           Defendant EXECUTIVE RISK INDEMNITY, INC.
23

24                                              By _____/s/_____
                                                Michael F. Perlis, Esq.
25                                              Allan S. Cohen, Esq.
                                                Stroock & Strook & Lavan LLP
26                                              2029 Century Park East, Ste. 1800
                                                Los Angeles, CA 90067-3086
27                                              Tel: 310-556-5800
                                                Fax: 310-556-5959
28
                                                3
     [PROPOSED] ORDER AND STIPULATION TO CONTINUE TO THE FILING DATES FOR DEFENDANTS'
                       PROPOSED MOTIONS, SUPPORTING DECLARATION
```

I, W. Eric Blumhardt, declare:

1. I am an attorney at law duly licensed in the State of California and am a member of Archer Norris, a Professional Corporation, attorneys of record for Defendant Those Certain Underwriters at Lloyd's of London and Companies Subscribing to Policy No. 501/2KA9600477 ("Lloyds"). Unless otherwise specified, I have personal knowledge of the contents of this declaration and if called upon to testify, I could do so competently.

2. The parties are submitting a "[PROPOSED] ORDER AND STIPULATION TO CONTINUE TO THE FILING DATES FOR DEFENDANTS' PROPOSED MOTIONS" herewith and therefore request that the Court modify the schedule set forth in its October 1, 2007 hearing for the following reasons:

A.) The San Francisco law firm of Lerch Sturmer LLP will be substituting in as new counsel for Lloyds this week while our firm and Walker Wilcox Matousek LLP will be substituting out of the matter. Lerch Sturmer LLP, Lloyd's new counsel, requests additional time to investigate this matter, review the file and consider the potential motions; and

B.) The parties are working to schedule fifteen depositions which will likely take place in San Francisco, New York and London throughout November and December 2007 and certain parties desire to complete this round of discovery prior to filing further motions.

3. In view of these reasons, counsel for all parties to this matter have stipulated that the filing dates of all proposed motions can and should be continued until at least February 2008. The continuation of the filing dates stipulated to herein will conserve judicial resources as the issues to be presented to the Court are likely to be more focused if the parties are provided the additional time requested herein.

I, W. Eric Blumhardt, declare under penalty under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of October 2007 at Walnut Creek, California.

W. ERIC BLUMHARDT

4

[PROPOSED] ORDER AND STIPULATION TO CONTINUE TO THE FILING DATES FOR DEFENDANTS'
PROPOSED MOTIONS, SUPPORTING DECLARATION

IUL001/603722-1

## ORDER

**IT IS HEREBY ORDERED,** based upon the forgoing stipulation of the parties, and good cause appearing therefore, that the defendants shall file their proposed motions pursuant to the adjusted schedule stipulated to herein:

1st motion re endorsement, originally ordered to be filed by October 22, 2007, to be filed by February 18, 2008, with a hearing on March 24, 2008 at 2:00 pm;

2nd grouping of motions regarding 1.) agency and 2.) equitable excusal, originally ordered to be filed by December 3, 2007, to be filed on February 18, 2008, with a hearing on March 24, 2008 at 2:00 pm;

3rd grouping of motions on bad faith claims/damages, originally ordered to be filed by February 18, 2008, to be filed by April 21, 2008, with a hearing May 27, 2008.

Dated: __10/23_____, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel
United States District Court, Northern District of California

5

[PROPOSED] ORDER AND STIPULATION TO CONTINUE TO THE FILING DATES FOR DEFENDANTS' PROPOSED MOTIONS, SUPPORTING DECLARATION