

1 Jerome N. Lerch, Esq. (CSB #48194)
Brett A. Broge, Esq. (CSB #221224)
2 LERCH STURMER LLP
333 Bush Street, Ste. 2020
3 San Francisco, California 94104
Telephone: (415) 217-6340
4 Facsimile: (415) 217-2782

5 Attorneys for Defendant, Those Certain Underwriters
at Lloyd's London and Companies Subscribing to Policy No. 501/2KA9600477
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| OAKLAND-ALAMEDA COUNTY COLISEUM, INC., | Case No.: C 06-02328 MHP |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER GRANTING SUBSTITUTION |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; UNDERWRITERS, LLOYD'S OF LONDON; EXECUTIVE RISK INDEMNITY COMPANY; GULF INSURANCE; ZURICH AMERICAN INSURANCE COMPANY, formerly known as ZURICH AMERICAN INSURANCE COMPANY; ADMIRAL INSURANCE; RLI INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; FEDERAL INSURANCE COMPANY and DOES 1 through 50, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant, Those Certain Underwriters at Lloyd's London and Companies Subscribing to Policy No. 501/2KA9600477, hereby substitutes new counsel, Jerome N. Lerch and Brett A. Broge of Lerch Sturmer LLP, 333 Bush St., Ste. 2020, San Francisco, CA 94104, Telephone (415) 217-6340 and Facsimile (415) 217-2782 in place of David L. Koury, Esq. and the firm of Walker Wilcox Matousek LLP, 225 W. Washington Street, Ste. 2400, Chicago, IL 60606-3418 and W. Eric Blumhardt, Esq. and the firm of Archer Norris, 2033 North Main

[handwritten insertion: Mark D. Wilcox, Esq. and]

1
NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER GRANTING SUBSTITUTION

| | |
|---|---|
| 1 | Street, Suite 800 P.O. Box 8035, Walnut Creek, CA 94596. |
| 2 | I consent to this substitution. |
| 3 | Date: 29th Oct 2007 |
| 4 | Keith Roberts |
| 5 | On behalf of Those Certain Underwriters at Lloyd's London and Companies Subscribing to Policy No. 501/2KA9600477 |

I consent to this substitution.

Date: 29 Oct 2007

David Koury, Esq. and Mark D. Wilcox, Esq.
Walker Wilcox Matousek LLP
Former attorneys for Those Certain Underwriters at Lloyd's London and Companies Subscribing to Policy No. 501/2KA9600477

I consent to this substitution.

Date: 10/29/07

W. Eric Blumhardt, Esq.
Archer Norris
Former attorneys for Those Certain Underwriters at Lloyd's London and Companies Subscribing to Policy No. 501/2KA9600477

I consent to this substitution.

Date: 10/30/07

Jerome Lerch, Esq.
Lerch Sturmer LLP
Substituted attorneys for Those Certain Underwriters at Lloyd's London and Companies Subscribing to Policy No. 501/2KA9600477

**It is so ordered.**

Date: 10/31/2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER GRANTING SUBSTITUTION

2