1  ADLESON, HESS & KELLY
   A Professional Corporation
2  Randy M. Hess, Esq. (CSB# 88635)
   Duane W. Shewaga, Esq., (CSB# 116837)
3  577 Salmar Avenue, Second Floor
   Campbell, CA 95008
4  Telephone: (408) 341-0234
   Facsimile: (408) 341-0250
5
   SHERNOFF, BIDART & DARRAS
6  Michael J. Bidart, Esq. (CSB# 60582)
   600 S. Indian Hill Blvd.
7  Claremont, CA 91711-5498
   Telephone: (909) 621-4935
8  Facsimile: (909) 625-6915
9  FRIEDMAN RUBIN & WHITE
   Richard H. Friedman, Esq. (CSB# 221622)
10 William S. Cummings (*Pro Hac Vice*)
   1126 Highland Ave.
11 Bremerton, WA 98337
   Telephone: (360) 782-4300
12 Facsimile: (360) 782-4358
13 Attorneys for Plaintiff Oakland-Alameda County Coliseum, Inc.
14
15                    UNITED STATES DISTRICT COURT
16                 NORTHERN DISTRICT OF CALIFORNIA
                       (San Francisco Division)
17
18 OAKLAND-ALAMEDA COUNTY          ) Case No. C 06-02328 MHP
   COLISEUM, INC.,                 )
19                                 )
           Plaintiff,              ) STIPULATION OF DISMISSAL WITH
20                                 ) PREJUDICE AS TO DEFENDANTS
      v.                           ) EXECUTIVE RISK INDEMNITY, INC.
21                                 ) AND FEDERAL INSURANCE COMPANY
   NATIONAL UNION FIRE INSURANCE   )
22 COMPANY OF PITTSBURGH, PA, et al.,)
                                   )
           Defendants.             )
23                                 )
24                                 )
25                                 )
26                                 )
27 ──────────────────────────────  )
   AND RELATED COUNTERCLAIMS.      )
28 ──────────────────────────────  )

Plaintiff Oakland-Alameda County Coliseum, Inc and defendants Executive Risk
Indemnity, Inc. and Federal Insurance Company, through their respective counsel of record
and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), stipulate to the dismissal with
prejudice of this action as to defendants Executive Risk Indemnity, Inc. and Federal
Insurance Company. The parties note that Federal Insurance Company had previously been
dismissed without prejudice. Each party shall bear its own costs and attorney's fees.

FRIEDMAN RUBIN & WHITE
ADLESON, HESS & KELLY
THE EHRLICH LAW FIRM
SHERNOFF BIDART & DARRAS, LLP

Date: _2-12-08_          By_____
                            William S. Cummings, *Pro Hac Vice*

Attorneys for Plaintiff
Oakland-Alameda County Coliseum, Inc.

EXECUTIVE RISK INDEMNITY, INC.

Date: _Feb. 8, 2008_     By_____
                            Michael F. Perlis, Esq.
                            Allan S. Cohen, Esq.
                            Stroock & Stroock & Lavan LLP
                            2029 Century Park East, Ste. 1800
                            Los Angeles, CA 90067-3086
                            Tel: 310-556-5800
                            Fax: 310-556-5959

2/13/2008

IT IS SO ORDERED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Marilyn H. Patel

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFEND
EXECUTIVE RISK INDEMNITY, INC. AND FEDERAL INSURAN
Case No. C 06-02328 MHP
Page 2 of 4

**CERTIFICATE OF SERVICE**

I, the undersigned, certify as follows:

I am over the age of eighteen years and not a party to the within-entitled action. I am employed in Bremerton, Washington, with the law firm of FRIEDMAN, RUBIN & WHITE. My business address is 1126 Highland Avenue, Bremerton, Washington 98337.

On February _12_, 2008, I served the following document described as STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EXECUTIVE RISK INDEMNITY, INC. AND FEDERAL INSURANCE COMPANY on all interested parties in this action:

[X] By placing true copies thereof enclosed in sealed envelope(s) addressed to:

Michael Perlis, Esq.
Cary Joy Economou, Esq.
Allan S. Cohen, Esq.
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA  90067-3086
acohen@stroock.com

Jerome N. Lerch, Esq.
Brett A. Broge, Esq.
LERCH STURMER LLP
333 Bush Street, Suite 2020
San Francisco, CA  94104
jlerch@lerchsturmer.com

Douglas R. Irvine, Esq.
Jana I. Lubert, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA  90012
irvine@lbbslaw.com

Randy M. Hess, Esq.
Duane W. Shewaga, Esq.
ADLESON, HESS & KELLY
577 Salmar Avenue, Second Floor
Campbell, CA  95008
rhess@ahk-law.com

1  Michael Bidart, Esq.
   Ricardo Echiverria, Esq.
2  SHERNOFF BIDART & DARRAS
   600 Indian Hill Boulevard
3  Claremont, CA  91711
   mbidart@shernoff.com
4
5  Jeffrey Isaac Ehrlich, Esq.
   THE EHRLICH LAW FIRM
6  237 West Fourth Street
   Claremont, CA  91711
7  jehrlich@sbd-law.com
8
9  [X] BY MAIL I deposited such envelope(s) with postage thereon fully prepaid in the United
   States mail at a facility regularly maintained by the United States Postal Service at
10 Bremerton, Washington. I am readily familiar with the firm's practice of collecting and
   processing correspondence for mailing. Under the practice it would be deposited with the
11 U.S. Postal Service on that same day with postage thereon fully prepaid at Bremerton,
   Washington in the ordinary course of business. I am aware that on motion of the party
12 served, service is presumed invalid if postal cancellation date or postage meter date is more
13 than one day after date of deposit for mailing, pursuant to this affidavit.

14 [ ] BY FEDEX I caused such envelope (s) to be placed for FedEx collection and I delivery at
   Bremerton, Washington. I am readily familiar with the firm's practice of collection and
15 processing correspondence for FedEx mailing. Under that practice it would be deposited with
16 the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at
   Bremerton, Washington in the ordinary course of business. I am aware that on motion of the
17 party served, service is presumed invalid if the FedEx delivery date is more than one day
   after date of deposit with the local FedEx office, pursuant to this affidavit.
18
19 [ ] BY FACSIMILE I caused the transmission of the foregoing document by facsimile to the
   offices of the addressee(s), and such transmission was reported as complete and without
20 error.
21
   [ ] BY ELECTRONIC MAIL I caused the transmission of the foregoing documents electronic
22 mail to the offices of the addressee(s) at the e-mail addresses listed.
23 [ ] BY PERSONAL SERVICE I caused such envelope(s) to be delivered by hand to the
24 offices of the addressee(s) pursuant to CCP § 101 1.
25 Executed on February 12, 2008, at Bremerton, Washington.
26
27 _Dana C. Watkins_
   Dana C. Watkins
28

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS
EXECUTIVE RISK INDEMNITY, INC. AND FEDERAL INSURANCE COMPANY
Case No. C 06-02328 MHP
Page 4 of 4