ADLESON, HESS & KELLY
A Professional Corporation
Randy M. Hess, Esq. (CSB# 88635)
Duane W. Shewaga, Esq., (CSB# 116837)
577 Salmar Avenue, Second Floor
Campbell, CA 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

SHERNOFF, BIDART & DARRAS
Michael J. Bidart, Esq. (CSB# 60582)
600 S. Indian Hill Blvd.
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

FRIEDMAN RUBIN & WHITE
Richard H. Friedman, Esq. (CSB# 221622)
William S. Cummings (*Pro Hac Vice*)
1126 Highland Ave.
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358

Attorneys for Plaintiff Oakland-Alameda County Coliseum, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| OAKLAND-ALAMEDA COUNTY COLISEUM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 06-02328 MHP<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURCH, PA |

Plaintiff Oakland-Alameda County Coliseum, Inc ("OACC") and defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), through their respective counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(c), stipulate to the dismissal with prejudice of this action as to defendant National Union. Each party shall bear its own costs and attorney's fees.

FRIEDMAN RUBIN & WHITE
ADLESON, HESS & KELLY
THE EHRLICH LAW FIRM
SHERNOFF BIDART & DARRAS, LLP

Date: 3-11-2008

By _____
William S. Cummings, *Pro Hac Vice*

Attorneys for Plaintiff
Oakland-Alameda County Coliseum, Inc.

LEWIS BRISBOIS BISGAARD & SMITH LLP

Date: March 11, 2008

By _____
Jana Lubert, Esq.
Lewis Brisbois Bisgaard & Smith LLP
221 No. Figueroa St., Ste. 1200
Los Angeles, CA 90012-2601
Tel: 213-250-1800

Attorneys for Defendant National Union Fire
Insurance Company of Pittsburg, PA

3/12/2008



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT NATIONAL UNION FIRE INSURANCE CO.
Case No. C 06-02328 MHP
Page 2 of 2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, the undersigned, certify as follows: |
| 3 | |
| 4 | I am over the age of eighteen years and not a party to the within-entitled action. I am employed in Bremerton, Washington, with the law firm of FRIEDMAN, RUBIN & WHITE. My business address is 1126 Highland Avenue, Bremerton, Washington 98337. |
| 5 | |
| 6 | On March \_\_11\_\_, 2008, I served the following document described as STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA on all interested parties in this action: |

[X] By placing true copies thereof enclosed in sealed envelope(s) addressed to:

Michael Perlis, Esq.
Cary Joy Economou, Esq.
Allan S. Cohen, Esq.
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
acohen@stroock.com

Jerome N. Lerch, Esq.
Brett A. Broge, Esq.
LERCH STURMER LLP
333 Bush Street, Suite 2020
San Francisco, CA 94104
jlerch@lerchsturmer.com

Douglas R. Irvine, Esq.
Jana I. Lubert, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
irvine@lbbslaw.com

Randy M. Hess, Esq.
Duane W. Shewaga, Esq.
ADLESON, HESS & KELLY
577 Salmar Avenue, Second Floor
Campbell, CA 95008
rhess@ahk-law.com

Michael Bidart, Esq.
Ricardo Echiverria, Esq.
SHERNOFF BIDART & DARRAS
600 Indian Hill Boulevard
Claremont, CA 91711
mbidart@shernoff.com

Jeffrey Isaac Ehrlich, Esq.
THE EHRLICH LAW FIRM
237 West Fourth Street
Claremont, CA 91711
jehrlich@sbd-law.com

[X] BY MAIL I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Bremerton, Washington. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Bremerton, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[ ] BY FEDEX I caused such envelope (s) to be placed for FedEx collection and I delivery at Bremerton, Washington. I am readily familiar with the firm's practice of collection and processing correspondence for FedEx mailing. Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at Bremerton, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day after date of deposit with the local FedEx office, pursuant to this affidavit.

[ ] BY FACSIMILE I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[ ] BY ELECTRONIC MAIL I caused the transmission of the foregoing documents electronic mail to the offices of the addressee(s) at the e-mail addresses listed.

[ ] BY PERSONAL SERVICE I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) pursuant to CCP § 101 1.

Executed on March 11, 2008, at Bremerton, Washington.

Jo Webb

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT NATIONAL UNION FIRE INSURANCE CO.
Case No. C 06-02328 MHP
Page 4 of 4