ADLESON, HESS & KELLY
A Professional Corporation
Randy M. Hess, Esq. (CSB# 88635)
Duane W. Shewaga, Esq., (CSB# 116837)
577 Salmar Avenue, Second Floor
Campbell, CA 95008
Telephone:  (408) 341-0234
Facsimile:  (408) 341-0250

SHERNOFF, BIDART & DARRAS
Michael J. Bidart, Esq. (CSB# 60582)
600 S. Indian Hill Blvd.
Claremont, CA  91711-5498
Telephone:  (909) 621-4935
Facsimile:  (909) 625-6915

FRIEDMAN RUBIN & WHITE
Richard H. Friedman, Esq. (CSB# 221622)
William S. Cummings (*Pro Hac Vice*)
1126 Highland Ave.
Bremerton, WA  98337
Telephone:  (360) 782-4300
Facsimile:  (360) 782-4358

Attorneys for Plaintiff Oakland-Alameda County Coliseum, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| OAKLAND-ALAMEDA COUNTY COLISEUM, INC., | Case No.  C 06-02328 MHP |
| Plaintiff, | REQUEST FOR FINAL DISMISSAL OF ACTION PURSUANT TO PREVIOUSLY FILED STIPULATIONS |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1

2      Plaintiff Oakland-Alameda County Coliseum, Inc ("OACC") hereby requests that this

3    action be dismissed in its entirety.  Following the Court's March 21, 2007 decision on

4    defendants' motions for summary judgment, *Oakland-Alameda County Coliseum, Inc. v.*

5    *National Union Fire Ins. Co.*, 480 F.Supp.2d 1182 (N.D.Cal. 2007), the only defendants

6    remaining in this case were National Union Fire Insurance Co., Executive Risk Indemnity,

7    Inc., and Underwriters at Lloyd's of London subscribing to policy number 501/ZKA9600477.

8    OACC has now entered into and filed with the Court stipulations to dismiss as to each of

9    these remaining defendants.  As a result, no cause of action remains against any defendant,

10   or by any defendant against OACC.  Therefore, OACC respectfully requests that this action

11   be dismissed with each party bearing its own costs and attorney's fees.

12

13                                              FRIEDMAN RUBIN & WHITE
                                                ADLESON, HESS & KELLY
14                                              THE EHRLICH LAW FIRM
                                                SHERNOFF BIDART & DARRAS, LLP
15

16

17   Date: _March 13, 2008_____          By _____
                                                  William S. Cummings, *Pro Hac Vice*
18

19                                              Attorneys for Plaintiff
                                                Oakland-Alameda County Coliseum, Inc.
20

21

22

23

24              3/18/2008

25

26

27

28



IT IS SO ORDERED

Judge Marilyn H. Patel

REQUEST FOR FINAL DISMISSAL OF ACTION PURSUANT
TO PREVIOUSLY FILED STIPULATIONS
Case No. C 06-02328 MHP
Page 2 of 4

1  **CERTIFICATE OF SERVICE**

2      I, the undersigned, certify as follows:

3      I am over the age of eighteen years and not a party to the within-entitled action.  I am
4  employed in Bremerton, Washington, with the law firm of FRIEDMAN, RUBIN & WHITE.  My
   business address is 1126 Highland Avenue, Bremerton, Washington 98337.
5

6      On March  $\underline{13}$ , 2008, I served the following document described as REQUEST FOR
   FINAL DISMISSAL OF ACTION PURSUANT TO PREVIOUSLY FILED STIPULATIONS on
7  all interested parties in this action:

8  [X] By placing true copies thereof enclosed in sealed envelope(s) addressed to:

9  Michael Perlis, Esq.
10 Cary Joy Economou, Esq.
   Allan S. Cohen, Esq.
11 STROOCK & STROOCK & LAVAN LLP
12 2029 Century Park East, Suite 1800
   Los Angeles, CA  90067-3086
13 acohen@stroock.com

14 Jerome N. Lerch, Esq.
15 Brett A. Broge, Esq.
   LERCH STURMER LLP
16 333 Bush Street, Suite 2020
   San Francisco, CA  94104
17 jlerch@lerchsturmer.com

18 Douglas R. Irvine, Esq.
19 Jana I. Lubert, Esq.
   LEWIS BRISBOIS BISGAARD & SMITH LLP
20 221 North Figueroa Street, Suite 1200
21 Los Angeles, CA  90012
   irvine@lbbslaw.com
22

23 Randy M. Hess, Esq.
   Duane W. Shewaga, Esq.
24 ADLESON, HESS & KELLY
   577 Salmar Avenue, Second Floor
25 Campbell, CA  95008
   rhess@ahk-law.com
26

27

28

1   Michael Bidart, Esq.
    Ricardo Echiverria, Esq.
2   SHERNOFF BIDART & DARRAS
    600 Indian Hill Boulevard
3   Claremont, CA  91711
    mbidart@shernoff.com
4

5   Jeffrey Isaac Ehrlich, Esq.
    THE EHRLICH LAW FIRM
6   237 West Fourth Street
    Claremont, CA  91711
7   jehrlich@sbd-law.com

8

9   [X] BY MAIL I deposited such envelope(s) with postage thereon fully prepaid in the United
    States mail at a facility regularly maintained by the United States Postal Service at
10  Bremerton, Washington. I am readily familiar with the firm's practice of collecting and
    processing correspondence for mailing. Under the practice it would be deposited with the
11  U.S. Postal Service on that same day with postage thereon fully prepaid at Bremerton,
    Washington in the ordinary course of business. I am aware that on motion of the party
12  served, service is presumed invalid if postal cancellation date or postage meter date is more
13  than one day after date of deposit for mailing, pursuant to this affidavit.

14  [ ] BY FEDEX I caused such envelope (s) to be placed for FedEx collection and I delivery at
    Bremerton, Washington. I am readily familiar with the firm's practice of collection and
15  processing correspondence for FedEx mailing. Under that practice it would be deposited with
16  the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at
    Bremerton, Washington in the ordinary course of business. I am aware that on motion of the
17  party served, service is presumed invalid if the FedEx delivery date is more than one day
18  after date of deposit with the local FedEx office, pursuant to this affidavit.

19  [ ] BY FACSIMILE I caused the transmission of the foregoing document by facsimile to the
    offices of the addressee(s), and such transmission was reported as complete and without
20  error.

21  [ ] BY ELECTRONIC MAIL I caused the transmission of the foregoing documents electronic
22  mail to the offices of the addressee(s) at the e-mail addresses listed.

23  [ ] BY PERSONAL SERVICE I caused such envelope(s) to be delivered by hand to the
24  offices of the addressee(s) pursuant to CCP § 101 1.

25  Executed on March _13_, 2008, at Bremerton, Washington.

26

27                                                            Jo Webb

28

    REQUEST FOR FINAL DISMISSAL OF ACTION PURSUANT
    TO PREVIOUSLY FILED STIPULATIONS
    Case No. C 06-02328 MHP
    Page 4 of 4